MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund</u>

Debtor: Stephen Brian Anderson
Chapter 7 Case No. 10-41986

Please Check One:
_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Suburban Imaging<br>4801 W 81st St #108<br>Minneapolis, MN 55437 | 3 | $318.21 | $2.05 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: January 17, 2011

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179